UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| GREGORY C. LITTLE | CIVIL ACTION NO. 6:21-cv-00881 |
| VERSUS | JUDGE JUNEAU |
| CATALYST HANDLING RESOURCES, LLC, ET AL. | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that ruling on Catalyst Handling Resources, LLC's motion to dismiss (Rec. Doc. 5) is DEFERRED, the plaintiff's motion to remand (Rec. Doc. 11) is GRANTED, and this matter is remanded to the 27th Judicial District Court, St. Landry Parish, Louisiana, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 24th day of June, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE